UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No.  1:03cr203

DARRELL MITCHELL;
KEVIN E. MITCHELL;
BARBARA JEAN MITCHELL;
MARCUS LOFTON;
LATISHA SYLVESTER;
and LORENZO WEBB,

        HON. GORDON J. QUIST

        Defendants.
        _____/

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

        Before the Court are Motions for Ends of Justice Continuance, filed by counsel for Defendants.  The Court finds that the ends of justice are served and the granting of a continuance outweighs the best interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(A).  Therefore,

        **IT IS ORDERED** that the Motions for Ends of Justice Continuance are **GRANTED** for the following reasons:

        An interlocutory appeal having been recently decided, counsel
        require additional time in which to prepare for trial.

        **IT IS FURTHER ORDERED** that the final pretrial conference, currently scheduled for March 30, 2006 at 4:00 p.m., is rescheduled to take place on **May 22, 2006 at 3:00 p.m.**  Jury selection and trial scheduled to take place on April 11, 2006 at 8:30 a.m., is rescheduled to commence on **June 6, 2006 at 8:30 a.m.**  Counsel is expected in chambers at 8:30 a.m. on the morning of jury selection.

          /s/Gordon J. Quist    
        Hon. Gordon J. Quist
        U.S. District Judge

Dated:  March 29, 2006